

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00546-CV

**IN RE** J. Douglas **SUTTER** and Karen S. Sutter

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: August 2, 2023

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On May 24, 2023, relators filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relators' reply, and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 21-1492-CV-E, styled *J. Douglas Sutter and Karen S. Sutter v. Guadalupe Appraisal District*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Margaret Garner Mirabal presiding.